UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BETH ANN PEREZ,

    Plaintiff,

v.                                                          Case No. 10-14998
                                                           Hon. Lawrence P. Zatkoff


COMMISSIONER OF
SOCIAL SECURITY


    Defendant.

_____/


## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION


    This matter comes before the Court on Magistrate Judge Hluchaniuk's Report and Recommendation [dkt 15], in which the Magistrate Judge recommends that the Court deny Plaintiff's motion for summary judgment [dkt 9] and grant Defendant's motion for summary judgment [dkt 14]. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has elapsed.

    The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation [dkt 15] and enters it as the findings and conclusions of this Court.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt

8] is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment [dkt 13] is GRANTED.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 28, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 28, 2012.

S/Marie E. Verlinde
Case Manager
(810) 984-3290